IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Ross Porter, et al., | : | Case No. 2:23-cv-787 |
| Plaintiffs, | : | Judge Graham |
| v. | : | Magistrate Judge Vascura |
| Village of Marengo, et al., | : | |
| Defendants. | : | |

### AGREED JUDGMENT ENTRY

The Court having been advised that a comprehensive settlement agreement and release has been entered into by the parties resolving all claims pending in this case, and that the terms of the settlement agreement and release contemplate, among other things, that the Court will retain jurisdiction of this case to enforce the written settlement agreement and release, it is, therefore, ORDERED, ADJUDGED and DECREED that:

1. This case, and all claims pending herein, are dismissed with prejudice, with each party to bear his, her or its own costs; and

2. This Court hereby retains jurisdiction of this case to enforce the written settlement agreement and release, which was effective 12-28-2023, in the event of a breach of the written settlement agreement and release by any of the parties to said written settlement agreement and release.

It is so ORDERED.

 *s/ James L. Graham* 
James L. Graham, District Judge

APPROVED:

| | |
|---|---|
| /s/ Adam B. Landon<br>Adam B. Landon (0073949)<br>Trial Attorney for Village of Marengo Defendants<br>Critchfield, Critchfield & Johnson Ltd.<br>P.O. Box 469<br>Mt. Vernon, Ohio 43050<br>Tel. No. (740) 397-4040<br>Fax No. (740) 397 6776<br>Email: landon@ccj.com | /s/ Grant A. Wolfe<br>Grant A. Wolfe (0015309)<br>Trial Attorney for Plaintiffs<br>Wolfe Law Offices<br>P.O. Box 320<br>Blacklick, Ohio 43004<br>Tel. No. (614) 221-2330<br>Fax No. (614) 221-5996<br>Email: gwolfe19@ameritech.net |

/s/ James B. Reese III
James B. Reese III (0081710)
Trial Attorney for Morrow County Defendants
Assistant County Prosecutor
60 E. High St.
Mt. Gilead, Ohio 43330
Tel. No. (419) 947.3321
Fax No. (419).947.5205
Email: james.reese@co.morrow.oh.us